IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ROBINSON | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CAROLYN W. COLVIN | : | No. 15-cv-6199 |

ORDER

AND NOW, this 16th day of November 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 7), Defendant's response thereto (Doc. No. 8) and Plaintiff's Reply (Doc. No. 9); after careful and independent review of the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter (Doc. No. 12); and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The request for review is GRANTED and the decision of the Commissioner of the Social Security Administration is VACATED.
3. This matter is REMANDED to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.
4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.